```
1   ROGER JON DIAMOND
    2115 Main Street
2   Santa Monica, CA 90405
    (310) 399-3259
3   (310) 392-9029
    State Bar No. 40146
4

5   Attorney for Defendant
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONET BEAUCHEMIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>VICARY ENTERPRISES, INC., a California corporation, and RENEE VICARY, an individual,<br><br>    Defendants | CASE NO. ED CV 11-422 GW-(OPx)<br><br>ANSWER TO COMPLAINT |

    Defendants Vicary Enterprises, Inc. And Renee Vicary hereby answer the complaint as follows:

    1.  Pursuant to Rule 8(b)(3) Defendants generally deny each and every allegation of the complaint.

    2.  Plaintiff lacks authority to sue in a representative capacity .

    WHEREFORE, DEFENDANTS PRAY FOR JUDGMENT AS FOLLOWS:

    1.  That Plaintiff take nothing;

June 30, 2011
vicary /Beauchemin
stip

2. That Defendants be awarded their cost of suit and other appropriate relief.

                                  Respectfully submitted,

                                             S/s
                                ROGER JON DIAMOND
                                Attorney for Defendants