*MADE JS-6*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONET BEAUCHEMIN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VICARY ENTERPRISES, INC., a California corporation, and RENEE ANNE VICARY, an individual,<br><br>　　　　　Defendants. | Case No.: EDCV 11-422-GW(OPx)<br><br>Honorable George Wu, Presiding<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' Request for Dismissal With Prejudice,

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED with PREJUDICE, the parties to bear their own costs and fees.

DATE: December 7, 2011

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE